JOHN J. O'SULLIVAN, Respondent, v. GENNARO CARDILLO, Appellant.— Judgment of the City Court of Yonkers affirmed, with costs. No opinion. Rich, Young, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents upon the ground that if there were lights upon defendant's car, plaintiff's wife, Rebecca O'Sullivan, would be guilty of contributory negligence as matter of law, and a finding that there were no lights upon the car is against the weight of the evidence.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR C. ACKERMAN, Doing Business under the Firm Name and Style of HOUGHTON & DORAN, and Others, Defendants. CARLISLE ROWNTREE, Appellant. (Appeal No. 1.) — Order denying motion to dismiss complaint affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN E. KIPP and JOHN MARCY, Appellants.— Judgment of conviction of the Court of Special Sessions of the City of New York affirmed as to defendant Kipp. Judgment of conviction of defendant Marcy reversed upon the law and the facts, and complaint dismissed for failure of proof. Lazansky, P. J., Rich, Hagarty, Seeger and Carswell, JJ., concur.

FRANK RANIERI, Appellant, v. SADIE ROSENSTOCK and Others, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY REILLY, as Administratrix, etc., of MARY ELLEN REILLY, Deceased, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— Judgment and orders of the City Court of Yonkers unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

RUBEL COAL AND ICE CORPORATION, Respondent, v. VINCENT VULPIS, Appellant.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

JACOB SCHWARTZ, Appellant, v. ESTHER FISHMAN, Respondent.— Judgment foreclosing mortgage and refusing cancellation thereof reversed upon the law and the facts, without costs, and judgment directed for appellant, canceling the mortgage and dismissing the action to foreclose the same, without costs. The record herein establishes beyond question that the mortgage involved is usurious. Findings of fact and conclusions of law inconsistent with this decision are reversed, and new findings should be made in accordance herewith. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur. Settle order on notice.

THOMAS B. SPANO, Respondent, v. COROS REALTY CORPORATION, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.